**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br>　Tatu Chantal<br><br>　　　　　　Debtor(s) | Case No.: 2−19−20368−PRW<br>Chapter: 7<br><br>SSN:　xxx−xx−8653 |

## FINAL DECREE

The estate of **Tatu Chantal** has been fully administered.

### IT IS ORDERED THAT:

Douglas J. Lustig is discharged as Trustee of the estate(s) of the above−named debtor(s).

The case of the above−named debtor(s) is closed.

Dated: February 19, 2021　　　　　　**HONORABLE PAUL R. WARREN**
　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Form fnldec/Doc 52
www.nywb.uscourts.gov