# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209–2 | User: admin | Date Created: 2/19/2021 |
| Case: 2–19–20368–PRW | Form ID: fnldec | Total: 3 |

**Recipients of Notice of Electronic Filing:**
tr      Douglas J. Lustig      mms@dibblelaw.com
aty      Zachary James Pike      zpike@lasroc.org

                                                                        TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Tatu Chantal      112 Roxborough Rd      Rochester, NY 14619

                                                                          TOTAL: 1